# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-3335

_____

Dr. R.C. Samanta Roy Institute of    *
Science and Technology, a Wisconsin    *
non-stock corporation; Midwest Oil    *
of Minnesota, LLC,    *
   *
        Appellants,    *
   *
      v.    *   Appeal from the United States
   *   District Court for the
The Star Tribune Company,    *   District of Minnesota.
f/k/a Cowles Media Company,    *
d/b/a Star Tribune,    *   [UNPUBLISHED]
   *
        Appellee.    *

_____

Submitted: October 6, 2006
Filed: October 23, 2006

_____

Before SMITH, MAGILL, and BENTON, Circuit Judges.

_____

PER CURIAM.

The Dr. R.C. Samanta Roy Institute of Science and Technology and Midwest Oil of Minnesota, LLC appeal the district court's[1] dismissal of their 42 U.S.C. § 1981 action. We agree with the district court that plaintiffs did not state a section 1981

_____

[1]The Honorable Paul A. Magnuson, United States District Judge for the District of Minnesota.

claim, based on the reasoning of *Phelps v. Wichita Eagle-Beacon*, 886 F.2d 1262, 1267 (10th Cir. 1989), and thus we affirm. *See* 8th Cir. R. 47B. We deny appellee's motion for summary dismissal of the appeal.

_____